MARKER E. LOVELL, JR. (208659)
ANNA GOURGIOTOPOULOU (304998)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
Email: mlovell@gibsonrobb.com
awald@gibsonrobb.com

Attorneys for Defendant
ACTION WATERSPORTS OF INCLINE VILLAGE, LLC

CRAIG L. JUDSON (114926)
SHARON M. NAGLE (179124)
BOLD, POLISNER, MADDOW, NELSON & JUDSON
A Professional Corporation
2125 Oak Grove Road, Suite 210
Walnut Creek, CA 94598
Telephone: (925) 933-7777
Facsimile: (925) 933-7804
Email: snagle@bpmnj.com

Attorneys for Plaintiffs
ELIZABETH KOWAL and CONSTANTINE PHILIPIDES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELIZABETH KOWAL, CONSTANTINE PHILIPIDES,<br><br>Plaintiffs,<br><br>v.<br><br>ACTION WATERSPORTS OF INCLINE VILLAGE, LLC; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01469-JAM-DB<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

/ / /

/ / /

/ / /

GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, CA 94105
Tel.: (415) 348-6000
Fax: (415) 348-6001

STIPULATION TO DISMISS WITH PREJUDICE
Case No. 2:17-cv-01469-JAM-DB; Our File No. 8004.44

Settlement having been finalized as to all claims pursuant to a written settlement agreement, the parties to the above-captioned action hereby stipulate that the above-captioned action be and hereby is dismissed with prejudice, in its entirety as to all persons and parties, with each party to bear its own costs and fees herein, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1). This dismissal includes the following claims:

1. The claims of Plaintiffs ELIZABETH KOWAL and CONSTANTINE PHILIPIDES, against Defendant ACTION WATERSPORTS OF INCLINE VILLAGE, LLC;

The parties jointly request that an Order of Dismissal with Prejudice be entered as to all parties and claims, with each party to bear their own costs and fees.

Undersigned counsel for Defendant, Marker E. Lovell, Jr., certifies that all electronic signatures below have been duly authorized by signatory counsel per Local Rule 131(e).

Respectfully submitted,

Dated: May 24, 2019         GIBSON ROBB & LINDH LLP

By: /s/ MARKER E. LOVELL, JR.
Marker E. Lovell, Jr.
mlovell@gibsonrobb.com
Attorneys for Defendant
ACTION WATERSPORTS OF
INCLINE VILLAGE, LLC

Dated: May 24, 2019         BOLD, POLISNER, MADDOW, NELSON & JUDSON

By: /s/ SHARON NAGLE
Sharon M. Nagle
snagle@bpmnj.com
Attorneys for Plaintiffs
ELIZABETH KOWAL and
CONSTANTINE PHILIPIDES

GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, CA 94105
Tel.: (415) 348-6000
Fax: (415) 348-6001

STIPULATION TO DISMISS WITH PREJUDICE
Case No. 2:17-cv-01469-JAM-DB; Our File No. 8004.44

2

## **ORDER**

Having reviewed the stipulation above of Plaintiffs ELIZABETH KOWAL and CONSTANTINE PHILIPIDES and Defendant ACTION WATERSPORTS OF INCLINE VILLAGE, LLC, IT IS HEREBY ORDERED: The Case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 5/24/2019 /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, CA 94105
Tel.: (415) 348-6000
Fax: (415) 348-6001

STIPULATION TO DISMISS WITH PREJUDICE
Case No. 2:17-cv-01469-JAM-DB; Our File No. 8004.44

3